## AARON, DAUTCH, STERNBERG & LAWSON, LLP

| | | |
|---|---|---|
| WILLIAM E. LAWSON<br>ROBERT C. BOEHM<br>FRANCIS P. WEIMER | COUNSELLORS AT LAW<br>CONVENTION CENTER TOWER<br>43 COURT STREET • SUITE 730<br>BUFFALO, NEW YORK 14202-3172<br>TEL: (716) 854-3015<br>FAX: (716) 854-1716 | HOWARD AARON<br>(1892-1952)<br>CHARLES DAUTCH<br>(1898-1979)<br>LOUIS STERNBERG<br>(1908-1996) |



FILED JUN 17 2011 BANKRUPTCY COURT BUFFALO, N.Y.

June 15, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: (Case Name) Jonathan M. Owczarek, Sr.
    Sarah M. Owczaek,    /Case #08-10149-MJK
    Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $9.47. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Chase Bank USA Amount $.88 Claims Register #2

Claimant Chase Bank USA NA Amount $.66 Claims Register #3

Claimant Credit First NA Amount $.47 Claims Register #4

Claimant LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Captial Services Amount $.44 Claims Register #5

Claimant eCast Settlement Corporation successor to HILCO Receivables LLC assignee of Providian Amount $4.40 Claims Register #6

Claimant Verizon Wireless Northeast Amount $.69 Claims Register #8

Claimant National Fuel Gas Distribution Corporation Amount $1.93 Claims Register #9

Trustee Name: William E. Lawson

RECEIVED JUN 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.